THE CITY OF NEW YORK, Respondent, *v.* MICHAEL PALLADINO, Appellant, Impleaded with Another.

*City of New York* v. *Palladino*, 146 App. Div. 850, affirmed.
(Argued March 24, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action on a bond given to secure faithful performance of a contract.

*Herbert C. Smyth* and *Roderic Wellman* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, HOGAN and CUDDEBACK, JJ. Not sitting: MILLER, J.